# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>PATRICK GRANT PETERSEN<br><br>Debtor. | Case No. **19-14606 TWD**<br><br>Chapter 13 |
| PATRICK GRANT PETERSEN<br><br>Plaintiff,<br>v.<br><br>Bank of America, N.A. and The Bank of New York Mellon FKA the bank of New York, Successor Indenture Trustee to JPMorgan Chase Bank,N.A, as Indenture Trustee on behalf of the noteholders of the CWHEQ Inc., CWEQ Revolving Home Equity Loan Trust, series 2006-C,<br><br>Defendants. | **NOTICE REGARDING FINAL ADJUDICATION AND CONSENT**<br><br>Adversary Case No. **19-01152-TWD** |

Plaintiff, by and through counsel, pursuant to Bankruptcy Rule 7012-1, state that this is a core matter, and Plaintiff consents to entry of final orders or judgments by the bankruptcy judge.

DATED this 31st day of December, 2019

Law Office of Mark McClure, P.S.

By: /s/ Mark C. McClure
_____
Mark C. McClure, WSBA #24393
Attorney for Debtor/Plaintiff

---

NOTICE OF ADJUDICATION AND CONSENT
Page - 1

z:\legal ii\2019\bankruptcy\petersen, partick grant\adv countrywide - quality loan service\notice of adjudication and consent.doc - petersen.doc

**Law office of Mark McClure, PS**
**1103 W. Meeker St., Suite 101**
**Kent, WA 98032**
253-631-6484